ST. LOUIS COUNTY, Respondent,

v.

John W. HORAN, Appellant.

No. ED 78370.

Missouri Court of Appeals,
Eastern District,
Division Three.

May 22, 2001.

Patrick O. Boyle, Florissant, MO, for appellant.

Patricia Redington, County Counselor, Clayton, MO, for respondent.

Before GARY M. GAERTNER, Sr., P.J., LAWRENCE G. CRAHAN, and GEORGE W. DRAPER III, JJ.

ORDER

PER CURIAM.

Appellant, John W. Horan ("appellant"), appeals the judgment of the Circuit Court of St. Louis County convicting him of aggressive driving in violation of St. Louis County Ordinance, Section 1212.025 (1999). Appellant was sentenced to pay a $500.00 fine. Execution of the sentence was suspended, and appellant was placed on probation for two years. We affirm.

We have reviewed the briefs of the parties, the legal file, and the transcripts, and find no error of law. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 30.25(b).